| Information to identify the case: | |
|---|---|
| Debtor 1 **Frantz Felix** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–0906** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | Date case filed for chapter **13   11/18/19** |
| Case number:  **8–19–77871–ast** | |

# NOTICE OF PROPOSED DISMISSAL

## NOTICE TO DEBTOR

**NOTICE IS HEREBY GIVEN THAT:**

Filing fee of $310.00 must be paid in order for the debtor to receive a discharge of debts.

There is a balance due of $110.00.

If the filing fee is not paid within ten (10) days of this notice of delinquency, a hearing to dismiss the petition will be scheduled.

Please enclose a money order payable to "CLERK, U.S. BANKRUPTCY COURT".

Dated: January 10, 2020

Robert A. Gavin, Jr., Clerk of Court

**blmich2–2**[Notice of Proposed Dismissal]